UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES PLAS SAMS, | ) | No. EDCV 08-654-ABC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RIVERSIDE COUNTY SHERIFF'S DEP'T, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed on abstention grounds.

DATED: June 25, 2009

_____
AUDREY B. COLLINS
Chief United States District Judge